# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINCOLN BENEFIT LIFE COMPANY,

                Plaintiff,

vs.

JENNIFER FRANGOS, *et al.,*

                Defendants.

Case No. 2:09-cv-01466-RLH-PAL

**ORDER**

(Mot for Reconsideration - Dkt. #64)

Before the court is Plaintiff's Motion for Reconsideration and Extension of Expert Witness Disclosure Deadline (Dkt. #64). The court has considered the motion and Defendant Frangos' Limited Joinder (Dkt. #66).

In a prior order (Dkt. #61) entered July 19, 2010, the court denied the parties' stipulation and proposed order to extend discovery deadlines and scheduling order. Plaintiff acknowledges that the parties did not disclose to the court the information required by Local Rule 26-4 in submitting the proposed stipulation to extend the deadlines, and the current motion seeks to correct that deficiency.

This Motion for Reconsideration and the work entailed by the court and counsel seeking it could have, and should have, been avoided by consulting and following the local rules of practice. However, the court is now satisfied that Plaintiff has shown good cause for the requested extension. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Reconsideration (Dkt. #64) is **GRANTED.**
2. The Discovery Plan and Scheduling Order deadlines are extended as follows:
   a. Last date to complete discovery: **January 10, 2011**
   b. Last date to file interim status report: **November 10, 2010.**

///

   c. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 10, 2010.**

   d. Last date to disclose rebuttal experts: **December 10, 2010.**

   e. Last date to file dispositive motions: **March 11, 2011.**

   f. Last date to file joint pretrial order:  **April 10, 2010.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., December 21, 2010,** and shall fully comply with the requirements of LR 26-4.

Dated this 19th day of August, 2010.

_____
Peggy A. Leen
United States Magistrate Judge